**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL RUIZ,

                        Plaintiff,

      -against-                                             20 **CIVIL** 235 (CS)

                                                             **<u>JUDGMENT</u>**

P. LINK, J. REYES, PATRICK SQUIRE,
MICHAEL BLOT, DEBORAH MACDONALD,
and JOHN DOES #1-3,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 29, 2022, Defendants' motion for summary judgment is GRANTED.  Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       July 29, 2022

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**
                               **BY:**     _K. Mango_____
                                                           **Deputy Clerk**